UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DEBORAH A. WELLS,

    Plaintiff,

v.                                      CASE NO.: 8:10-cv-867-T-23AEP

ACTION LABOR,

    Defendant.
_____/

**ORDER**

An April 3, 2010, order (Doc. 3) refers to Magistrate Judge Anthony E. Porcelli the pro se plaintiff's motion (Doc. 2) to proceed in forma pauperis ("IFP"). Magistrate Judge Porcelli issues a report (Doc. 5) that recommends both denial of the IFP motion and dismissal of the complaint pursuant to 28 U.S.C. § 1915(e)(2). The plaintiff fails to timely object to the report and recommendation. Accordingly, the report and recommendation (Doc. 5) is **ADOPTED**, the IFP motion (Doc. 2) is **DENIED**, and the "complaint" (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The plaintiff may file an amended complaint (1) that complies with the Local Rules and the Federal Rules of Civil Procedure, (2) that contains a short and plain statement of a claim on which relief may be granted, and (3) that is otherwise free of any malicious, frivolous, or scandalous matter, no later than **May 25, 2010**. Failure to comply with this order will result in dismissal without further notice.

ORDERED in Tampa, Florida, on May 13, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE